IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 02-14008-CIV-MIDDLEBROOKS/LYNCH

NITRO LEISURE PRODUCTS, L.L.C.
d/b/aGOLFBALLSDIRECT.COM and
SECOND CHANCE,

      Plaintiff,

v.

ACUSHNET COMPANY,

      Defendant.

_____/

**NIGHT BOX FILED FEB 0 1 2002**
**CLERK, USDC / SDFL / WPB**

## REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1(B)(1)

    Defendant ACUSHNET COMPANY CORP. respectfully requests that the Court schedule a hearing for the presentation of oral argument on Acushnet's Motion to Dismiss, Stay or Transfer which will be filed herewith. As set forth more fully in the memorandum of law filed with Acushnet's motion, oral argument will be helpful because the question of whether this action should be dismissed, stayed or transferred to the Southern District of California as Acushnet has requested requires the application of the law and the Court's discretion to a complex array of facts pertaining to the circumstances under which the Plaintiff filed this action and the relative convenience to the parties and to numerous non-party witnesses of trying this dispute in California as compared with the substantial inconvenience of trying it in this district. Oral argument will give the parties and the Court an opportunity to more fully address these issues, thereby making possible a better informed decision on the motion.



GREENBERG TRAURIG, P.A.

Acushnet requests that the Court set aside one (1) hour of hearing time on the motion.

Respectfully submitted on this 1st day of February, 2002.

                                        GREENBERG TRAURIG, P.A.
                                        777 South Flagler Drive, Suite 300-East
                                        West Palm Beach, FL  33401
                                        Telephone:  (561) 650-7900
                                        Facsimile:   (561) 655-6222

By: _____/s/ Martin Reeder_____
            L. Martin Reeder, Jr.
            Florida Bar No. 308684

Harley I. Lewin, Esquire
GREENBERG TRAURIG, P.A.
885 Third Avenue
New York, New York   10022
Telephone:  (212) 801-2100
Facsimile:  (212) 801-6480

Counsel for Defendant Acushnet Company

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served this 1st day of February 2002 by First Class Mail, postage-prepaid, upon the following:

Steven E. Siff, Esq.
McDermott, Will & Emery
201 South Biscayne Blvd.
22nd Floor
Miami, FL  33131-4336

Counsel for Plaintiff
Nitro Leisure Products, LLC

_____/s/ Martin Reeder_____
L. Martin Reeder, Jr.