UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:02-14008-CIV-MIDDLEBROOKS

IN RE:  NITRO LEISURE PRODUCTS, LLC,

_____/

## NOTICE OF FILING DECLARATION

Nitro Leisure Products, LLC, through its undersigned attorneys Yocca Patch

& Yocca LLP, hereby files the Declaration of John H. Hough in support of its Motion to

Disqualify.

YOCCA PATCH & YOCCA LLP

By: _____
Mark W. Yocca
California State Bar No. 137189
19900 MacArthur Boulevard, Suite 650
Irvine, California 92612
Telephone:    (949) 253-0800
Facsimile:    (949) 253-0870

Steven E. Siff
Florida State Bar No. 352330
201 South Biscayne Boulevard, 22nd Floor
Miami, Florida 33131
Telephone:    (305) 358-3500
Facsimile:    (305) 347-6500

*Attorneys for Nitro Leisure Products, LLC*

Nitro\Acushnet\Pleadings\020614.Not.of.Filing.Decl.JHH.wpd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing Declaration was served via hand-delivery this _7th_ day of June, 2002 on L. Martin Reeder, Jr., Esq., Greenberg, Traurig, P.A., 777 South Flagler Drive, Suite 300-East, West Palm Beach, Florida  33401; and by regular U.S. Mail on Harley I. Lewin, Esq., Greenberg, Traurig, P.A., 885 Third Avenue, New York, New York  10022.

Steven E. Siff