UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:02-14008-CIV-MIDDLEBROOKS

IN RE: NITRO LEISURE PRODUCTS, LLC,

_____/



## NOTICE OF FILING DECLARATION

Nitro Leisure Products, LLC, through its undersigned attorneys Yocca Patch & Yocca LLP, hereby files the Declaration of Ryan Mark Patch in support of its Motion to Disqualify.

                                      YOCCA PATCH & YOCCA LLP

By: _____
Mark W. Yocca
California State Bar No. 137189
19900 MacArthur Boulevard, Suite 650
Irvine, California 92612
Telephone:     (949) 253-0800
Facsimile:       (949) 253-0870

Steven E. Siff
Florida State Bar No. 352330
201 South Biscayne Boulevard, 22nd Floor
Miami, Florida 33131
Telephone:     (305) 358-3500
Facsimile:       (305) 347-6500

*Attorneys for Nitro Leisure Products, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing Declaration was served via hand-delivery this 17th day of June, 2002 on L. Martin Reeder, Jr., Esq., Greenberg, Traurig, P.A., 777 South Flagler Drive, Suite 300-East, West Palm Beach, Florida 33401; and by regular U.S. Mail on Harley I. Lewin, Esq., Greenberg, Traurig, P.A., 885 Third Avenue, New York, New York 10022.

_____
Steven E. Siff