UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-14008-CIV-MIDDLEBROOKS

IN RE: NITRO LEISURE PRODUCTS, LLC

_____/

### NOTICE OF FILING DECLARATION

Nitro Leisure Products, LLC, through its undersigned attorneys McDermott, Will & Emery, hereby files the Declaration of Steven E. Siff in support of its Opposition to Acushnet Company's Motion in Limine and Nitro's Cross-Motion in Limine.

McDermott, Will & Emery

By: _____
Steven E. Siff (FBN 352330)
Bryan T. West (FBN 0083526)
201 South Biscayne Boulevard, 22nd Floor
Miami, Florida 33131-4336
Tel: (305) 358-3500
Fax: (305) 347-6500

Mark W. Yocca, Esq.
California Bar No. 137189
Yocca Patch & Yocca LLP
19900 MacArthur Boulevard, Suite 650
Irvine, California 92612
Tel: (949) 253-0800
Fax: (949) 253-0870

*Attorneys for Defendant Nitro Leisure Products, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct of the foregoing was served via Federal Express this ___ day of July, 2002 on L. Martin Reeder, Jr., Esq., Reeder & Reeder, P.A., 675

MIA 248747-1.051998.0073

-2-

Indiantown Road, Suite 201, Jupiter, Florida  33458 and Harley I. Lewin, Esq., Greenberg, Traurig, P.A., 885 Third Avenue, New York, New York  10022.

_____
Steven E. Siff

MIA 248747-1.051998.0073