TIGHT BOX
FILED

APR 15 2003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 02-14008-CIV-MIDDLEBROOKS/LYNCH / SDFL / WPB

IN RE: NITRO LEISURE PRODUCTS, LLC

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS AND FOR DISCOVERY SANCTIONS

Pursuant to Federal Rules of Civil Procedure 34(b) and 37(a)(3) and (b) and Local Rule 26.1(H), Plaintiff and Counter-defendant Nitro Leisure Products, LLC, ("Nitro") respectfully moves this Court for an order compelling production of documents and further responses from Defendant and Counter-claimant Acushnet Company ("Acushnet") and for discovery sanctions including issue, evidence and monetary sanctions.

By the filing and signing of this motion, the undersigned counsel for Nitro certifies pursuant to Local Rule 26.1(I) that he has been unable to resolve the disputed discovery matters extra judicially, notwithstanding a good-faith effort to do so.

Pursuant to Local Rule 26.1(C), Nitro is filing concurrently with this motion a copy of its original request for production of documents (appended as Exhibit "A" to the Yocca Declaration), and a photocopy of defendant's responses and incorporated objections (appended as Exhibit "B" to the Yocca Declaration). Pursuant to Local Rule 26.1(H)(2), Nitro will set forth in the Memorandum of Law filed concurrently herewith, each disputed discovery request and the specific objection to that request, followed by Nitro's discussion of the relevant facts and applicable law.



RICHMAN GREER WEIL BRUMBAUGH MIRABITO & CHRISTENSEN, P.A.
Miami • West Palm Beach

*In Re: Nitro Leisure Products, LLC*
Case No. 02-14008-CIV-MIDDLEBROOKS/LYNCH
Plaintiff's Motion to Compel Production of Documents
and Further Responses to Plaintiff's First Request for
Production of Documents and Things and for Discovery Sanctions

Respectfully submitted,

RICHMAN GREER WEIL BRUMBAUGH
MIRABITO & CHRISTENSEN, P.A.
One Clearlake Centre – Suite 1504
250 Australian Avenue, South
West Palm Beach, FL 33401
Tel: (561) 803-3500
Fax: (561) 820-1608

By: _____
GERALD F. RICHMAN
Florida Bar No. 066457
grichman@richmangreer.com
GARY S. BETENSKY
Florida Bar No. 434302
gbetensky@richmangreer.com
DONALL O'CARROLL
Florida Bar No. 0107816
docarroll@richmangreer.com

and

MARK YOCCA, ESQUIRE
myocca@ypylaw.com
RYAN M. PATCH, ESQUIRE
rpatch@ypylaw.com
PAUL KIM, ESQUIRE
pkim@ypylaw.com
YOCCA PATCH & YOCCA, LLP
19900 MacArthur Blvd., Suite 650
Irvine, CA 92612
Tel: (949) 253-0800
Fax: (949) 253-0870

*In Re: Nitro Leisure Products, LLC*
Case No. 02-14008-CIV-MIDDLEBROOKS/LYNCH
Plaintiff's Motion to Compel Production of Documents
and Further Responses to Plaintiff's First Request for
Production of Documents and Things and for Discovery Sanctions

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the Plaintiff's Motion To Compel Production of Documents and Further Responses to Plaintiff's First Request for Production of Documents and Things and for Discovery Sanctions was delivered via U.S. Mail this 15th day of April, 2003 to: Robert L. Ciotti, Esquire, Carlton Fields, P.A., One Harbour Place, 777 South Harbour Island Boulevard Tampa, FL 33602-5730; Steven J. Brodie, Esquire and Jeffrey M. Cohen, Esquire, Carlton Fields, P.A., 100 S.E. Second Street, Suite 4000, Miami, FL 33131; and Mark W. Yocca, Esquire and Ryan M. Patch, Esquire, Yocca Patch & Yocca, LLP, 19900 MacArthur Boulevard, Suite 650, Irvine, CA 92612.

By: _____
DONALL O'CARROLL

i:\litig\6984-1\pleadings\mt2compel production.doc