UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED
APR 15 2003
CLERK, USDC / SDFL / WPB

CONSOLIDATED CASE NO. 02-14008-CIV-MIDDLEBROOKS/LYNCH

IN RE: NITRO LEISURE PRODUCTS, LLC

## REQUEST FOR ORAL ARGUMENT AND EXPEDITED HEARING OF MOTIONS TO COMPEL AND MOTION FOR CONTINUATION OF TRIAL OR IN THE ALTERNATIVE FOR EARLY ADJUDICATION ON THE MOTIONS

Plaintiff/Counter Defendant, Nitro Leisure Products, LLC, pursuant to Rule 7.1(B) of the Local Rules of the United States District Court for the Southern District of Florida, by and through undersigned counsel, hereby that the court set a hearing on its motion for continuance of trial and extension of all pretrial deadlines; motion to compel better answers to interrogatories and motion to compel production of documents and further responses to plaintiff's first request for production of documents and things and for discovery sanctions so that oral arguments can be presented to the court and, as grounds therefore, states:

1. The Plaintiff/Counter Defendant, Nitro Leisure Products, LLC ("Nitro") has, contemporaneously with the filing of this request for oral argument, filed three motions – (1) a motion to continue the trial of this action and to extend all pretrial deadlines; (2) a motion to compel better answers to interrogatories and (3) a motion to compel production of documents and further responses to plaintiff's first request for production of documents and things and for discovery sanctions.

2. A hearing on each of these motions is required as the motions are critical to the preparation for trial and oral argument would afford the parties the opportunity to fully address the issues raised in the motions.



RICHMAN GREER WEIL BRUMBAUGH MIRABITO & CHRISTENSEN, P.A.
Miami • West Palm Beach

3. Further, the firm of Richman, Greer, Weil, Brumbaugh, Mirabito & Christensen, P.A., present co-counsel for Nitro, has only recently entered an appearance in the case by way of Stipulation of Substitution of Counsel which was filed on March 12, 2003. [D.E. 180]. Thus, this firm had no opportunity to partake in the briefing of the original motions to continue trial which led to the entry of the February 19, 2003 Omnibus Continuance Order which revised the schedule of deadlines and set the case for trial on the trial calendar commencing on September 8, 2003. [D.E. 173].

4. In addition, a hearing on the motions would be helpful to the court as the issues in this case are complex and the parties have not had an opportunity to appraise the court of the status of the case and developments in relation to discovery. A hearing would allow the parties to work with the court in fashioning a pre-trial schedule, based on the discovery still to be conducted, that would be more flexible than if the court were dealing merely with one set of dates proposed by the parties.

5. In relation to the motions to compel discovery, a hearing would permit the court to fully examine the basis for the blatant failures of Acushnet to properly respond to discovery requests.

6. Given the fact that the deadline for completion is June 10, 2003, Nitro respectfully requests that the court set these motions for hearing at the earliest available date. If the court is disinclined to grant oral argument on the motions, Nitro would request that the court address and adjudicate upon the issues raised in the motions on an expedited basis so that the parties can complete the discovery process within the deadlines previously set by the court.

*In Re: Nitro Leisure Products, LLC*
Case No. 02-14008-CIV-MIDDLEBROOKS/LYNCH
Request for Oral Argument

WHEREFORE, Plaintiff respectfully requests the entry of an Order granting its request for oral argument on the motions to continue trial and to compel discovery filed by Nitro.

Respectfully submitted,

RICHMAN GREER WEIL BRUMBAUGH
MIRABITO & CHRISTENSEN, P.A.
One Clearlake Centre – Suite 1504
250 Australian Avenue, South
West Palm Beach, FL 33401
Tel: (561) 803-3500
Fax: (561) 820-1608

By: _____
GERALD F. RICHMAN
Florida Bar No. 066457
grichman@richmangreer.com
GARY S. BETENSKY
Florida Bar No. 434302
gbetensky@richmangreer.com
DONALL O'CARROLL
Florida Bar No. 0107816
docarroll@richmangreer.com

and

MARK YOCCA, ESQUIRE
myocca@ypylaw.com
RYAN M. PATCH, ESQUIRE
rpatch@ypylaw.com
PAUL KIM, ESQUIRE
pkim@ypylaw.com
YOCCA PATCH & YOCCA, LLP
19900 MacArthur Blvd., Suite 650
Irvine, CA 92612
Tel: (949) 253-0800
Fax: (949) 253-0870

*In Re: Nitro Leisure Products, LLC*
Case No. 02-14008-CIV-MIDDLEBROOKS/LYNCH
Request for Oral Argument

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the Request for Oral Argument was delivered via U.S. Mail this 15th day of April, 2003 to: Robert L. Ciotti, Esquire, Carlton Fields, P.A., One Harbour Place, 777 South Harbour Island Boulevard Tampa, FL 33602-5730; Steven J. Brodie, Esquire and Jeffrey M. Cohen, Esquire, Carlton Fields, P.A., 100 S.E. Second Street, Suite 4000, Miami, FL 33131; and Mark W. Yocca, Esquire and Ryan M. Patch, Esquire, Yocca Patch & Yocca, LLP, 19900 MacArthur Boulevard, Suite 650, Irvine, CA 92612.

By: _____
GARY S. BETENSKY

i:\litig\6984-1\pleadings\request for oral arg re motion for continuace.doc