UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 02-14008-CIV-MIDDLEBROOKS/LYNCH

**NITRO LEISURE PRODUCTS, LLC**

## NOTICE OF FILING DECLARATION DONALL O'CARROLL

Nitro Leisure Products, LLC, through its undersigned attorneys Richman Greer Weil Brumbaugh Mirabito & Christensen, P.A., and Yocca Patch and Yocca, LLP, hereby files this Declaration of Donall O'Carroll in support of its Motion to Compel Production of Documents and Further Responses to Plaintiff's First Request for Production of Documents and Things.

RICHMAN GREER WEIL BRUMBAUGH
MIRABITO & CHRISTENSEN, P.A.
One Clearlake Centre – Suite 1504
250 Australian Avenue, South
West Palm Beach, FL 33401
Tel: (561) 803-3500
Fax: (561) 820-1608

By: _____
GERALD F. RICHMAN
Florida Bar No. 066457
grichman@richmangreer.com
GARY S. BETENSKY
Florida Bar No. 434302
gbetensky@richmangreer.com
DONALL O'CARROLL
Florida Bar No. 0107816
docarroll@richmangreer.com



*In Re. Nitro Leisure Products, LLC*
Case No. 02-14008-CIV-MIDDLEBROOKS/LYNCH
Notice of Filing Affidavit of Donall O'Caroll

and

MARK YOCCA, ESQUIRE
myocca@ypylaw.com
RYAN M. PATCH, ESQUIRE
rpatch@ypylaw.com
PAUL KIM, ESQUIRE
pkim@ypylaw.com
YOCCA PATCH & YOCCA, LLP
19900 MacArthur Blvd., Suite 650
Irvine, CA 92612
Tel: (949) 253-0800
Fax: (949) 253-0870

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the Notice of Filing Declaration of Donall O'Carroll was delivered via facsimile and U.S. Mail this 15 day of April, 2003 to: Robert L. Ciotti, Esquire, Carlton Fields, P.A., One Harbour Place, 777 South Harbour Island Boulevard Tampa, FL 33602-5730; Steven J. Brodie, Esquire and Jeffrey M. Cohen, Esquire, Carlton Fields, P.A., 100 S.E. Second Street, Suite 4000, Miami, FL 33131; and Mark W. Yocca, Esquire and Ryan M. Patch, Esquire, Yocca Patch & Yocca, LLP, 19900 MacArthur Boulevard, Suite 650, Irvine, CA 92612.

By: _____
DONALL O'CARROLL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 02-14008-CIV-MIDDLEBROOKS/LYNCH

IN RE: NITRO LEISURE PRODUCTS, LLC

## DECLARATION OF DONALL O'CARROLL IN SUPPORT OF NITRO LEISURE PRODUCTS, LLC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO NITRO'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

I, Donall O'Carroll, declare as follows:

1. I am an associate attorney with the law firm of Richman, Greer, Weil, Brumbaugh, Mirabito & Christensen, P.A. and I have personal knowledge of the matters set forth herein.

2. On March 13, 2003 during a telephone conference between Bob Ciotti, counsel for Acushnet, and Mark Yocca and Gary Betensky, counsel for Nitro, arrangements were made for counsel on behalf of Nitro to inspect documentation responsive to Nitro's First Request to Produce at the offices of Carlton Fields in Tampa. The request to produce had been served on October 14, 2002. Mr. Ciotti further represented that a privilege log in relation to the response would also be available for inspection on March 14, 2003.

3. Amin Khoury, President of Nitro, and I traveled to the office of Carlton Fields in Tampa on March 14, 2003 to inspect the documentation produced.

4. Upon arrival, I was informed by Mr. Ciotti that the privilege log would not be produced on that date as further revisions were required to determine if certain documents should in fact be produced, rather than being shielded by privilege.

5. Mr. Ciotti further advised me that the responses to Nitro's Second Request to Produce which had been served on February 4, 2003 and Nitro's Third Request to Produce which was served on February 5, 2003, were not being provided on that date.

6. Large portions of documents produced were redacted, often rendering such documents useless as the content of such documents could not be discerned.

*In Re. Nitro Leisure Products, LLC*
Case No. 02-14008-CIV-MIDDLEBROOKS/LYNCH
Declaration of Donall O'Carroll

7. There were large numbering gaps in the Bates numbering of the documents. Included in the production were pages which simply denoted that certain documents were being withheld as "non-responsive."

I declare under penalty of perjury that the foregoing is true and correct, executed this 15th day of April, 2003, at West Palm Beach, Florida.

_____
Donall O'Carroll