```
                                                                    1

 1                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                            NORTHERN DIVISION                FILED by _____ D.C.
                                                               JUN - 5 2003
 3                                                             CLARENCE MADDOX
                                                               CLERK U.S. DIST. CT.
                                                               S.D. OF FLA. - W.P.B.
 4    IN RE:  NITRO LEISURE        )
      PRODUCTS, LLC,               )       CASE NO. 02-14008-CIV
 5                                 )       West Palm Beach,
                                   )       Florida
 6                                 )       May 22, 2003
                                   )       1:30 o'clock, p.m.
 7    _____)

 8

 9                        TRANSCRIPT OF HEARING
              BEFORE THE HONORABLE DONALD MIDDLEBROOKS,
10                    UNITED STATES DISTRICT JUDGE

11

12

13    For The Plaintiffs:        Gerald F. Richman, Esq.

14                               Mark W. Yocca, Esq.

15                               Gary S. Betensky, Esq.

16                               Donall O'Carroll, Esq.

17

18

19

20    For The Defendants:        Steven J. Brodie, Esq.

21                               Jeffrey M. Cohen, Esq.

22                               Marty J. Solomon, Esq.

23                               Joseph J. Nauman, Esq.

24

25
```