UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 02-14008-CIV-MIDDLEBROOKS/LYNCH

IN RE: NITRO LEISURE PRODUCTS, LLC

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Plaintiff, Nitro Leisure Products, LLC ("Nitro") respectfully request oral argument on Acushnet Company's Motion to Compel Inspection of Nitro's Facility in Compliance with Stipulation and Rules, and for Sanctions based upon Conduct of Plaintiff and Plaintiffs' Counsel During Inspection of Nitro's Facility, and Plaintiff's Opposition to Acushnet Company's Motion to Compel Further Inspection of Plaintiff's Facility and for Sanctions.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant oral argument on these matters.

RICHMAN GREER WEIL BRUMBAUGH
MIRABITO & CHRISTENSEN, P.A.
*Attorneys for Nitro Leisure Products, LLC*
One Clearlake Centre – Suite 1504
250 Australian Avenue, South
West Palm Beach, FL 33401
Tel: (561) 803-3500
Fax: (561) 820-1608

By: _____
GERALD F. RICHMAN
Florida Bar No. 066457
grichman@richmangreer.com
GARY S. BETENSKY
Florida Bar No. 434302
gbetensky@richmangreer.com
DONALL O'CARROLL
Florida Bar No. 0107816
docarroll@richmangreer.com

and

MARK YOCCA, ESQUIRE
myocca@ypylaw.com
RYAN M. PATCH, ESQUIRE
rpatch@ypylaw.com
PAUL KIM, ESQUIRE
pkim@ypylaw.com
YOCCA PATCH & YOCCA, LLP
19900 MacArthur Blvd., Suite 650
Irvine, CA 92612
Tel: (949) 253-0800
Fax: (949) 253-0870

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Plaintiff's Request for Oral Argument was delivered via facsimile and U.S. Mail this 23rd day of June, 2003 to: Robert L. Ciotti, Esquire, Carlton Fields, P.A., One Harbour Place, 777 South Harbour Island Boulevard Tampa, FL 33602-5730, and Steven J. Brodie, Esquire, Carlton Fields, P.A., 100 S.E. Second Street, Suite 4000, Miami, FL 33131.

By: _____
GARY S. BETENSKY

i:\litig\6984-1\pleadings\request for oral argument.doc