UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CONSOLIDATED CASE NO. 02-14008-CIV-MIDDLEBROOKS/MADDOX

IN RE NITRO LEISURE PRODUCTS, L.L.C.

_____/

**UNOPPOSED MOTION FOR THE ENTRY OF AN ORDER
ENLARGING THE TIME WITHIN WHICH ACUSHNET MAY
RESPOND TO NITRO'S TWO MOTIONS FOR TERMINATING SANCTIONS**

Defendant/Counter-Plaintiff, ACUSHNET COMPANY ("Acushnet"), moves this Court on an agreed basis for the entry of an order granting Acushnet an enlargement of time within which to respond to Plaintiff/Counter-Defendant, NITRO LEISURE PRODUCTS', LLC ("Nitro") two Motions for Terminating Sanctions as follows:

1.  On June 30, 2003, Nitro filed its Motions for Sanctions for Failure to Comply with a Court Order regarding Nitro's First Request for Production and its First Set of Special Interrogatories (the "Motions"). [D.E. 288 and 290 respectively]

2.  Pursuant to the Court and subsequent Magistrate's Order requiring a "day to day" hearing conference in order for the parties to amicably work out pending discovery issues, the parties have been active and engrossed in same since July 9, 2003 through the present. [D.E. 286 and 297 respectively]

3.  Acushnet's responses to the Motions are due to be filed today, July 15, 2003. However, due to Acushnet and its Counsels' required attendance at the "day to day" hearing conference ordered by the Magistrate and since the issue may be moot if

the parties are able to settle these pending Motions, Acushnet requests an extension to file its responses to the Motions until and including July 18, 2003.

4.   Counsel for Acushnet requests this extension in an effort to save on attorney's fees and costs, as well as they have remained in continued Court-Ordered settlement talks regarding pending motions since Wednesday, July 9, 2003 and such talks (as Ordered) are continuing.

5.   The undersigned has conferred with counsel for Nitro, who has agreed to an enlargement of time through, and including, Friday, July 18, 2003, in which Acushnet may respond to the two Motions.

## CERTIFICATE OF COUNSEL

Pursuant to S.D. Fla. L.R. 7.1A.3., the undersigned certified that they have conferred with opposing counsel and are authorized to state that Nitro does not oppose the relief requested by this motion.

WHEREFORE, Acushnet moves this Court on an agreed basis for the entry of an order granting it an enlargement of time through and including July 18, 2003 within which to respond to Nitro's two Motions for Terminating Sanctions. A proposed order is submitted herewith.

Respectfully submitted,

CARLTON FIELDS, P.A.
One Harbour Place
777 S. Harbour Island Blvd.
Tampa, FL 33602-5730
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
CHRIS S. COUTROULIS
Florida Bar No. 300705
ccoutroulis@carltonfields.com

CARLTON FIELDS, P.A.
4000 International Place - 100 Southeast Second Street - Miami - Florida 33131-9101 - (305) 530-0050
2

MIA#2258648.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 02-14008-CIV-MIDDLEBROOKS

**IN RE NITRO LEISURE PRODUCTS, L.L.C.**

_____/

**ORDER ON UNOPPOSED MOTION FOR THE ENTRY OF
AN ORDER ENLARGING THE TIME WITHIN WHICH ACUSHNET
MAY RESPOND TO NITRO'S TWO MOTIONS FOR TERMINATING SANCTIONS**

THIS CAUSE came before the Court upon the Acushnet Company's Unopposed Motion for the Entry of an Order Enlarging the Time Within Which Acushnet May Respond to Nitro's Motion for Sanctions for Failure to Comply with Court Order Re: First Request for Production of Documents and Things and Motion for Sanctions for Failure to Comply with Court Order Re: Motion to Compel Further Responses to Nitro's First Set of Special Interrogatories, and the Court having reviewed the Motion and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.** Defendant shall have up to and including July 18, 2003 to respond to Nitro's Motion for Sanctions for Failure to Comply with Court Order Re: First Request for Production of Documents and Things and Motion for Sanctions for Failure to Comply with Court Order Re: Motion to Compel Further Responses to Nitro's First Set of Special Interrogatories.

CONSOLIDATED CASE NO. 02-14008-CIV-MIDDLEBROOKS

**DONE AND ORDERED** in West Palm Beach, Palm Beach County, Florida this _____ day of July, 2003.

_____
U.S. DISTRICT COURT JUDGE

Copies furnished to:

Jeffrey Michael Cohen and Steven J. Brodie, Carlton Fields, P.A.; *Attorneys for Acushnet;* 100 S.E. Second Street, Suite 4000; Miami, FL 33131; Chris S. Coutroulis and Robert L. Ciotti; Carlton Fields, P.A.; *Attorneys for Acushnet;* 777 S. Harbour Island Boulevard; Tampa, FL 33602-5730; Gerald F. Richman and Gary S. Betensky; Richman Greer Weil Brumbaugh Mirabito & Christensen, P.A.; *Attorneys for Nitro;* 250 Australian Avenue, Suite 1504; West Palm Beach, FL 33401; Mark W. Yocca; Yocca Patch & Yocca LLP; *Attorneys for Nitro;* 19900 Mac Arthur Boulevard, Suite 650; Irvine, CA 92612