IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-14008-CIV-MIDDLEBROOKS/LYNCH

IN RE NITRO LEISURE PRODUCTS, L.L.C

_____/

## ORDER GRANTING ENLARGEMENT OF TIME

THIS CAUSE comes before the Court upon Defendant/Counter-Plaintiff's Unopposed Motion for Entry of an Order Enlarging the Time Within Which Acushnet May File Motion to Compel Production of Documents (DE#330), filed August 25, 2003. The Court has reviewed the file and is otherwise fully informed in the premises. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Defendant/Counter-Plaintiff's Motion is GRANTED. Defendant/Counter-Plaintiff shall have until September 10, 2003 to file its motion to compel.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this 27 day of August, 2003.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to Counsel of Record