UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 02-14008-CIV-MIDDLEBROOKS

**IN RE NITRO LEISURE PRODUCTS, L.L.C.**

_____/

## NOTICE OF SERVICE OF EXPERT REPORTS

Defendant/Counter Plaintiff Acushnet Company ("Acushnet") by and through it's undersigned attorneys, hereby serves notice that on September 29, 2003, it served for next day delivery on counsel for Nitro Leisure Products, L.L.C. ("Nitro"), its expert witnesses' supplemental and rebuttal reports.

        CARLTON FIELDS, P.A.
        4000 Bank of America Tower
        100 SE Second Street
        Miami, FL 33131-9101
        Telephone: (305) 530-0050
        Facsimile: (305) 530-0055

By: _____
    STEVEN J. BRODIE, ESQ.
    Florida Bar No. 333069
    *sbrodie@carltonfields.com*
    JEFFREY MICHAEL COHEN
    Florida Bar No. 091495
    *jmcohen@carltonfields.com*

and

CHRIS S. COUTROULIS
Florida Bar No. 300705
ROBERT CIOTTI
Florida Bar No. 333141
rciotti@carltonfields.com
MARTY J. SOLOMON
Florida Bar No. 523151
msolomon@carltonfields.com
Carlton Fields, P.A.
One Harbour Place
777 S. Harbour Island Blvd.
Tampa, FL 33602-5730
Telephone:      (813) 223-7000
Facsimile:      (813) 229-4133

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing and the expert reports were served by Federal Express this 29th day of September, 2003 to:

Gerald F. Richman
Gary S. Betensky
Richman Greer Weil Brumbaugh Mirabito & Christensen, P.A.
*Attorneys for Nitro*
250 Australian Avenue, Suite 1504
West Palm Beach, FL 33401

Mark W. Yocca
Yocca Patch & Yocca LLP
*Attorneys for Nitro*
19900 Mac Arthur Boulevard
Suite 650
Irvine, CA 92612

_____
Attorney