UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 02-14008-CIV-MIDDLEBROOKS/LYNCH

IN RE: NITRO LEISURE PRODUCTS, LLC

## MOTION TO APPEAR *PRO HAC VICE*

Undersigned counsel hereby files this Motion to Appear *Pro Hac Vice* and moves this Honorable Court to enter an Order allowing **John R. Fuisz,** Esquire to appear before the Court *Pro Hac Vice* as counsel for NITRO LEISURE PRODUCTS, LLC ("Nitro") in this proceeding subject to Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys contained within the Local Rules of the United States District Court for the Southern District of Florida, and in support thereof states as follows:

1. I, John R. Fuisz, have been retained to represent the Plaintiff in this action.

2. I am a member of the law firm of McDermott, Will & Emery, P.A., 600 13th Street, N.W., Washington, DC 20005-3096.

3. I am licensed to practice law in the District of Columbia (2002; Bar registration number 439698). I have been admitted to practice in the United States District Court for the District of Columbia (1999), and the United States Court of Appeals for the Federal Circuit (1992). I am a member in good standing as to the foregoing.

4. I hereby certify that I have studied the local rules.



5. I hereby designate Gary S. Betensky, Esquire of Richman Greer Weil Brumbaugh Mirabito & Christensen, P.A., 250 South Australian Avenue, Suite 1504, West Palm Beach, Florida 33401, who is a member of the Bar of this Court and who maintains an office in Florida for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

Dated: 10/16/03

By: _____
John R. Pusz, Esquire

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: 10/17/03

By: _____
Gary S. Betensky, Esquire

RICHMAN GREER WEIL BRUMBAUGH
MIRABITO & CHRISTENSEN, P.A.
*Attorneys for Nitro Leisure Products, LLC*
One Clearlake Centre – Suite 1504
250 Australian Avenue, South
West Palm Beach, FL 33401
Tel: (561) 803-3500
Fax: (561) 820-1608

*In Re: Nitro Leisure Products, LLC*
Case No. 02-14008-CIV-MIDDLEBROOKS/LYNCH
Motion to Appear *Pro Hac Vice*

By: _____
GERALD F. RICHMAN
Florida Bar No. 066457
grichman@richmangreer.com
GARY S. BETENSKY
Florida Bar No. 434302
gbetensky@richmangreer.com
DONALL O'CARROLL
Florida Bar No. 0107816
docarroll@richmangreer.com

and

MARK YOCCA, ESQUIRE
myocca@ypylaw.com
RYAN M. PATCH, ESQUIRE
rpatch@ypylaw.com
PAUL KIM, ESQUIRE
pkim@ypylaw.com
YOCCA PATCH & YOCCA, LLP
19900 MacArthur Blvd., Suite 650
Irvine, CA 92612
Tel: (949) 253-0800
Fax: (949) 253-0870

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the Motion for *Pro Hac Vice* Appearance was delivered via U.S. Mail this 17th day of October, 2003 to: Robert L. Ciotti, Esquire, Carlton Fields, P.A., One Harbour Place, 777 South Harbour Island Boulevard Tampa, FL 33602-5730 and Steven J. Brodie, Esquire, Carlton Fields, P.A., 100 S.E. Second Street, Suite 4000, Miami, FL 33131.

By: _____
DONALL O'CARROLL

I:\litig\6984-1\pleadings\motion for pro hac vice appearance - dawn l. palmer.doc

3