UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



NIGHT BOX FILED
NOV 24 2003
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CONSOLIDATED CASE NO. 02-14008-CIV-MIDDLEBROOKS

IN RE: NITRO LEISURE PRODUCTS, L.L.C.

_____/

## NOTICE OF FILING JOINT MOTION FOR FOUR DAY ENLARGEMENT OF TIME FOR PARTIES TO SERVE RESPONSE BRIEFS IN OPPOSITION TO PROPOSED CLAIM CONSTRUCTIONS

Defendant, Acushnet Company, by and through its undersigned counsel, pursuant to the Rules of the United States District Court, hereby gives notice of filing with the Court the attached Joint Motion for Four Day Enlargement of Time for Parties to Serve Response Briefs in Opposition to Proposed Claim Constructions, signed by counsel for both parties hereto and dated November 24, 2003.

Respectfully submitted,

_____
STEVEN J. BRODIE
Florida Bar No. 333069
sbrodie@carltonfields.com
CARLTON FIELDS, P.A.
4000 Bank of America Tower
100 S.E. Second Street
Miami, FL 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
Counsel for Acushnet Company



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copies of the foregoing Notice of Filing and attached Joint Motion for Four Day Enlargement of Time for Parties to Serve Response Briefs in Opposition to Proposed Claim Construction were sent to the below-listed individuals, via U.S. Mail and facsimile transmission, on this 24th day of November, 2003.

Gerald F. Richman, Esquire
Gary S. Betensky, Esquire
Richman Greer Weil Brumbaugh
Mirabito & Christensen, P.A.
*Attorneys for Nitro*
250 South Australian Avenue, Suite 1504
West Palm Beach, FL 33401

Mark W. Yocca, Esquire
Yocca Patch & Yocca LLP
*Attorneys for Nitro*
19900 MacArthur Boulevard
Suite 650
Irvine, CA 92612

Mark G. Davis, Esquire
John R. Fuisz, Esquire
McDermott, Will & Emery
600 – 13 Street N.W.
Washington, DC 20005-3096

_____
Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 02-14008-CIV-MIDDLEBROOKS

IN RE: NITRO LEISURE PRODUCTS, L.L.C.
_____/

**JOINT MOTION FOR FOUR DAY ENLARGEMENT
OF TIME FOR PARTIES TO SERVE RESPONSE BRIEFS
IN OPPOSITION TO PROPOSED CLAIM CONSTRUCTIONS**

Defendant Acushnet Company ("Acushnet") and Plaintiff Nitro Leisure Products, LLC ("Nitro") jointly seek a four (4) day enlargement of time, from November 28, 2003, to December 4, 2003, to serve their respective response briefs in opposition to the other party's brief setting forth the legal and factual basis for respective claim constructions:

1. In response to this Court's Order on Acushnet's Unopposed Motion for Markman Hearing, dated November 3, 2003, the parties submitted a joint statement of issues for construction and setting forth their respective proposed constructions of disputed claim language on November 14, 2003. The parties subsequently filed briefs setting forth the legal and factual basis for their respective constructions where disputed on November 21, 2003.

2. Each party received the other's initial brief today. Due to the intervening Thanksgiving holidays this leaves the parties only 2 **business days** to prepare their response briefs before the day after Thanksgiving, Friday, November 28, 2003, filing deadline.

3. The parties believe a small enlargement of time, from November 28 to December 4, is required to enable them to adequately analyze opposing arguments and prepare their responses. This will allow the parties to produce better briefs than they otherwise will be able to do, and also will inure to the convenience of the Court in having more sharply articulated arguments as the Court decides the claim constructions.

TPA#1867223.1

4. The proposed date would assure that claim construction briefing would be complete contemporaneously with the party's respective Motions for Summary Judgment. It is respectfully suggested, therefore, that there will be no prejudice to the parties or the Court from this short extension.

WHEREFORE, Acushnet and Nitro jointly request an enlargement of time from November 28, 2003 to December 4, 2003 in which to serve their reply briefs in support of their respective motions for summary judgment.

Respectfully submitted,

| MCDERMOTT, WILL & EMERY | CARLTON FIELDS, P.A. |
|---|---|
| Attorneys for Nitro | Attorneys for Acushnet |
| 600 13th Street, N.W. | One Harbour Place |
| Washington, D.C. 20005-3096 | Tampa, FL 33602 |
| Telephone: 202.756.8029 | Telephone: (813) 223-7000 x4209 |
| Facsimile: 202.756.8087 | Facsimile: (813) 229-4133 |
| By: JOHN R. FUISZ, ESQ. | By: ANDREW C. GREENBERG, ESQ. |
| MARK DAVIS, ESQ. | Florida Bar No. |
| Dated: 11/24/03 | Dated: 11/24/03 |

TPA#1867223.1