UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



NIGHT BOX
FILED

DEC - 5 2003

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CONSOLIDATED CASE NO.: 02-14008-CIV-MIDDLEBROOKS/LYNCH

IN RE NITRO LEISURE PRODUCTS, L.L.C.

_____/

## ACUSHNET'S SUPPLEMENTAL AND RESTATED DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) AND RULE 26.1.A. OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Defendant/Counter-Plaintiff Acushnet Company. ("Acushnet"), through its counsel and pursuant to Federal Rule of Civil Procedure 26(a)(1) and Rule 26.1.A of the Local Rules of the United States District Court for the Southern District of Florida, hereby supplements its Rule 26 Disclosure.

### GENERAL

1. As Acushnet's investigation is ongoing, Acushnet reserves the right to supplement the disclosures below at any time during the pendency of this action.

2. In identifying persons, documents and things in connection with this Supplemental Disclosure, Acushnet asserts the following privileges:

(a) Acushnet withholds disclosure or publication of any information which is protected by any absolute or qualified privilege, including, but not limited to, the attorney-client privilege, the work product doctrine, the consulting expert privilege, or any investigative privilege. Additionally, Acushnet specifically readopts and incorporates by reference the parties' interim confidentiality agreement and strictly adheres to those guidelines therein;

MIA#2281393.1

- 1 -

CARLTON FIELDS, P.A.
Bank of America Tower at International Place - Suite 4000 - 100 Southeast Second Street - Miami, Florida 33131-9101 - (305) 530-0050

CONSOLIDATED CASE NO.: 02-14008-CIV-MIDDLEBROOKS/LYNCH

(b) Any disclosure or publication of any information by Acushnet which is privileged or otherwise immune or exempt from discovery shall not constitute a waiver of any privilege or of any other ground for objecting to discovery and shall not constitute a waiver of the right of Acushnet or its counsel to object to the use of any such response hereto or other information contained herein during any subsequent proceeding;

(c) Acushnet will adopt by reference the above privileges throughout this Supplemental Disclosure, pursuant to Rule 10(c) of the Federal Rules of Civil Procedure; and

(d) Acushnet incorporates herein by reference those witnesses listed on it's previous witness disclosures.

## DISCLOSURES

Based on the discovery conducted to date, the following individuals are likely to have information to support Acushnet's claims and defenses. The location of the individuals and their anticipated testimony (as Acushnet's investigation is ongoing, Acushnet reserves the right to add to or subtract from this initial witness list at any time) are also set forth below:

| Witness Name | Location | Anticipated Testimony |
| --- | --- | --- |
| Arturi, Peter | Spalding | Spalding Purchase Order Forms regarding Confidentiality |
| Barrier, Martin | Martin's Golf and Tennis 2310 Highway 17 South North Myrtle Beach, SC 29582 | Acushnet/Nitro's Business Relationship with Martin's Golf and Tennis |
| Beedle, Diane | 1170 S.W. Kahn Drive Port St. Lucie, FL | Nitro's Refurbishing Process |
| Blair, Roger D. | 5023 N.W. 60 Terrace Gainesville, FL 32653 | Acushnet's Expert |

CARLTON FIELDS, P.A.
Bank of America Tower at International Place - Suite 4000 - 100 Southeast Second Street - Miami, Florida 33131-9101 - (305) 530-0050

CONSOLIDATED CASE NO.: 02-14008-CIV-MIDDLEBROOKS/LYNCH

| Boehm, Herbert | Acushnet Company<br>333 Bridge Street<br>Fairhaven, MA | Acushnet's manufacturing facility/process |
|---|---|---|
| Cowan, Charles Douglas | Analytic Focus, Inc.<br>472 Wolf Creek Road South<br>Pell City, AL 35128 | Acushnet's Expert |
| Dinsmore, Lois | Carlton Fields, P.A.<br>One Harbour Place<br>777 S. Harbour Island Blvd.<br>Tampa, FL 33602-5730 | Custodian of Golf Balls |
| Eby, John S. | 44 Far Corners Loop<br>Sparks, MD 21152 | Nitro's Financial Relationship with LaSalle |
| Ericksen, Eugene Pennell | n/c/r/a<br>National Economic Research Associates<br>Two Logan Square<br>Suite 800<br>Philadelphia, PA 19103 | Nitro's Expert |
| Felker, David L. | Sanford Rose Associates<br>613 West Valley Parkway<br>Suite 103<br>Escondido, CA 92025 | Acushnet's Expert |
| Fleming, Jeff | Acsuhnet Company<br>333 Bridge Street<br>Fairhaven, MA | Chain of Custody of Golf Balls |
| Fortuna, Raymond Joseph | 4436 Bull Creek Road<br>Tarentum, PA 15084 | Acushnet's Expert |
| Freeman, Neill W. | Freeman & Mills, Inc.<br>350 South Figueroa Street<br>Suite 900<br>Los Angeles, CA 90071 | Nitro's Expert |
| Gales, Richard J. | 1916 Vintage Drive<br>Corinth, TX 76205 | Nitro's Expert |
| Gelb, Gabriel M. | Gelb Consulting Group, Inc.<br>10260 Westheimer<br>Suite 240<br>Houston, TX 77042 | Nitro's Expert |

CARLTON FIELDS, P.A.
Bank of America Tower at International Place · Suite 4000 · 100 Southeast Second Street · Miami, Florida 33131-9101 · (305) 530-0050

| | | |
|---|---|---|
| Giroux, Roland | Acushnet Company<br>333 Bridge Street<br>Fairhaven, MA | Chain of Custody of Golf Balls<br>Enforcement Efforts Regarding Intellectual Property |
| Goedde, Alan G. | Freeman & Mills, Inc.<br>350 South Figueroa Street<br>Suite 900<br>Los Angeles, CA 90071 | Nitro's Expert |
| Gonzalez, Julio | 1801 Sable Ridge Court<br>Apartment A<br>Palm Beach Gardens,<br>FL 33410 | Nitro's Financial Position |
| Greenberg Traurig, LLP<br>Records Custodian | Greenberg Traurig, LLP<br>885 3rd Avenue<br>New York, NY 10022-48344 | Chain of Custody of Golf Balls |
| Hanaka, Marty | The Sports Authority<br>3383 N. State Road 7<br>Fort Lauderdale,<br>FL 33319-5617 | Sports Authority's relationship with Acushnet and Nitro<br>and<br>Julie Donvan and Jay Hanover |
| Hasenstaub, Andrew S. | 1701 Elcadore 1<br>Anchorage, AK 99507 | Customer confusion |
| Hasenstaub, Vickie | 1701 Elcadore 1<br>Anchorage, AK 99507 | Customer confusion |
| Hollander, Kenneth A. | 45431 Greenling Circle<br>Mendocino, CA | Acushnet's Expert |
| Ibarguen, Edward A. | Duke University Golf Club<br>Route 751 & Science Drive<br>Durham, NC 27706<br>(919) 681-6161 | Acushnet's Expert |
| Isaac, Ed | Acushnet Company<br>333 Bridge Street<br>Fairhaven, MA | Acushnet's Manufacturing Facility/Process |
| Jackman, Joseph A. | Pro Golf of America<br>32751 Middlebelt Road<br>Farmington Hills,<br>MI 48334-1726 | Acushnet and Nitro's Business Relationship with Pro Golf |
| Jepson, John Willisford | 56 Olde Knoll Road<br>Marion, MA 02738 | Nitro's Expert |

MIA#2281393 1

- 4 -

CARLTON FIELDS, P.A.
Bank of America Tower at International Place - Suite 4000 - 100 Southeast Second Street - Miami, Florida 33131-9101 - (305) 530-0050

CONSOLIDATED CASE NO.: 02-14008-CIV-MIDDLEBROOKS/LYNCH

| | | |
|---|---|---|
| Juergensen, Paul | Greenberg Traurig, LLP<br>885 3rd Avenue<br>New York, NY 10022-48344 | Chain of Custody of Golf Balls |
| Kelly, Colleen | Department of Mathematical and Computer Sciences<br>San Diego State University<br>550 Campanile Drive<br>San Diego, CA 9182-7720 | Acushnet's Expert |
| Kerbis, Eliott | The Sports Authority<br>3383 N. State Road 7<br>Fort Lauderdale,<br>FL 33319-5617 | Sports Authority's relationship with Acushnet and Nitro<br><br>and<br><br>Julie Donvan and Jay Hanover |
| Khoury, Amin J., Sr. | 1400 Corporate Center Way<br>Wellington, FL 33417 | Nitro's Business Plans |
| Kullas, Karyn | Investigative Network, Inc.<br>300 E. Willis Street<br>Suite E<br>Prescott, AZ 86301 | Chain of Custody of Golf Balls |
| Lahar, David A. | San Diego, CA | Nitro's Due Diligence in Purchase of Assets from Sport Supply Group |
| Lambert, Shea | 500 Harry Walker Parkway<br>Newmarket, Ontario | Business Relationship Between Wal-Mart Canada and Acushnet Canada |
| Lasalle Business Credit, Inc. Records Custodian | Lasalle Business Credit, Inc.,<br>120 E. Baltimore Street<br>Suite 1802<br>Baltimore, MD 21202 | Nitro's Business Records – Banks Analysis of Loan and Write-off |
| Lewin, Harvey L. | Greenberg Traurig, LLP<br>885 3rd Avenue<br>New York, NY 10022-48344 | Basis for Acushnet's suit to the extent not privileged |
| Lotts, Scott | Dunham's Sporitng Goods<br>5000 Dixie Highway<br>Waterford, MI | Acushnet/Nitro's Business Relationship with Dunham |
| Mayer, Thomas P. | 276 Woodbrook Terrace<br>West Springfield, MA 01089 | Nitro's Expert |
| Merriman, R.J. | 4288 U.S. Hwy. 92 West<br>Plant City, FL | Chain of Custody of Golf Balls |

CARLTON FIELDS, P.A.
Bank of America Tower at International Place - Suite 4000 - 100 Southeast Second Street - Miami, Florida 33131-9101 - (305) 530-0050

CONSOLIDATED CASE NO.: 02-14008-CIV-MIDDLEBROOKS/LYNCH

| Murphy, Stanley A. | Navigant Consulting, Inc.<br>135 S. LaSalle - Dept. 4511<br>Chicago, IL 60674-4511 | Acushnet's Expert |
|---|---|---|
| Mydlack, Thomas | Acushnet Company, LLP<br>333 Bridge Street<br>Fairhaven, MA | Acushnet's Manufacturing Facility/Process |
| Oxford, Max | Acushnet Canada, Inc. | Chain of Custody of Golf Balls |
| Partipilo, Armand J. | 7812 Route 12<br>Richmond, IL 60071 | Customer Confusion with Nitro's Products |
| Petrovsky, Cliff | Investigative Network, Inc.<br>300 E. Willis Street<br>Suite E<br>Prescott, AZ 86301 | Chain of Custody of Golf Balls |
| Piotrowski, Peter J. | 15 Lost Meadow Trail<br>Austin, TX 78738 | Nitro's Expert |
| Poiré, Ethel | Micro Photonics Inc.<br>4972 Medical Center Circle<br>Irvine, CA | Set-up and Profilimitry Test Conducted by Felker |
| Pullen, Kim | Carlton Fields, P.A.<br>215 S. Monroe Street<br>Suite 500<br>Tallahasee, FL 32301-1866 | Chain of Custody of Golf Balls |
| Reid, Jim | 1906 14 Avenue S.W.<br>Vero Beach, FL 32960 | Industry practices concerning recycling |
| Rugge, Dick | USGA<br>Post Office Box 708<br>Far Hills, NJ 07931 | USGA Standards<br>Acushnet/Pro V1 |
| Schumacher, Frederick A. | Glebar<br>527 Commerce Street<br>Franklin Lakes, NJ 07417 | Golf ball manufacturing |
| Sharinn, Todd | Greenberg Traurig, LLP<br>885 3rd Avenue<br>New York, NY 10022-48344 | Chain of Custody of Golf Balls |
| Singer, Joseph Frank | 9128 W. 91st Terrace<br>Overland Park, KS 66212-3901 | Acushnet's Expert |

**CARLTON FIELDS, P.A.**
Bank of America Tower at International Place - Suite 4000 - 100 Southeast Second Street - Miami, Florida 33131-9101 - (305) 530-0050

CONSOLIDATED CASE NO.: 02-14008-CIV-MIDDLEBROOKS/LYNCH

| | | |
|---|---|---|
| Slack, Bob | Big 5 Sporting Goods Corporation 2525 E. El Segundo Boulevard El Segundo, CA 90245-4632 | Acushnet/Nitro's Business Relationship with Big 5 |
| Smits, Alexander J. | 37 Wheat Sheaf Lane Princeton, NJ | Acushnet's Expert |
| Spitzer, John | USGA Post Office Box 708 Far Hills, NJ 07931 | USGA Standards Acushnet/Pro VI |
| Stellman, Lynn | c/o Martin County Golf & Country Club 2000 S.E. St. Lucie Boulevard Stuart, FL 34996 | Participation in Advertisements Misrepresenting Nitro Golf Balls and Confusing the Public |
| Uihlein, Walter R. | Acushnet Company 333 Bridge Street Fairhaven, MA 02719 | History of Acushnet |
| Vasa, Suresh | 21512 Regnart Road Cupertino, CA 95014 | Customer Confusion with Nitro Products |
| Walmart Records Custodian | 702 S.W. 8 Street Bentonville, AR 72716 | Julie Donovan's Employment Records |
| Wasser, David | Wasser Agency 8925 S.W. 148th Street Suite 104 Miami, FL 33176 | Chain of Custody of Golf Balls |
| Watts, Edwin | Edwin Watts Golf 20 Hill Avenue Ft. Walton Beach, FL 32548 | Acushnet/Nitro's Business Relationship with Edwin Watts |
| Westmoreland, Wes | Acushnet Company 333 Bridge Street Fairhaven, MA | Chain of Custody of Golf Balls |
| Wheeler, David | Acushnet Company 333 Bridge Street Fairhaven, MA | Acushnet Relationship with Sports Authority, Julie Donovan and other Customers of Acushnet and Nitro |
| Willis, Richard | 426 S.E. Evergreen Terrace Port St. Lucie, FL | Nitro Operations |
| Wunderlich, Steven | 501 S. Flagler Drive, Suite 500 West Palm Beach, FL 33401 | Customer confusion |

CARLTON FIELDS, P.A.
Bank of America Tower at International Place - Suite 4000 - 100 Southeast Second Street - Miami, Florida 33131-9101 - (305) 530-0050

CONSOLIDATED CASE NO.: 02-14008-CIV-MIDDLEBROOKS/LYNCH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Supplemental Disclosure was furnished by e-mail and U.S. Mail this 5th day of December, 2003 to GERALD F. RICHMAN, ESQUIRE/GARY S. BETENSKY, ESQUIRE, RICHMAN GREER WEIL BRUMBAUGH MIRABITO & CHRISTENSEN, P.A., Attorneys for Nitro Leisure, One Clearlake Centre – Suite 1504, 250 Australian Avenue, West Palm Beach, Florida 33401; and MARK W. YOCCA, ESQUIRE, YOCCA PATCH & YOCCA, LLP, Attorneys for Nitro Leisure, 19900 MacArthur Boulevard, Suite 650, Irvine, California 92612.

CARLTON FIELDS, P.A.
*Attorneys for Acushnet Company*
Bank of America Tower at International Place
Suite 4000
100 Southeast Second Street
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

By: /s/ Steven J. Brodie
STEVEN J. BRODIE
Florida Bar Number: 333069
E-Mail: sbrodie@carltonfields.com
JEFFREY MICHAEL COHEN
Florida Bar Number: 091495
E-Mail: jmcohen@carltonfields.com
JOHN A. CAMP
Florida Bar Number: 848115
E-Mail: jcamp@carltonfields.com

*and*

ROBERT CIOTTI
Florida Bar Number: 333141
E-Mail: rciotti@carltonfields.com
Carlton Fields, P.A.
One Harbour Place
777 S. Harbour Island Boulevard
Tampa, Florida 33602-5730
Telephone: (813) 223-7000
Facsimile: (813) 229-4133

MIA#2281393.1

- 8 -

**CARLTON FIELDS, P.A.**
Bank of America Tower at International Place - Suite 4000 - 100 Southeast Second Street - Miami, Florida 33131-9101 - (305) 530-0050