UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 02-14008-CIV-MIDDLEBROOKS

IN RE NITRO LEISURE PRODUCTS, L.L.C.

_____/

**APPENDIX TO
ACUSHNET COMPANY'S REPLY BRIEF
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**VOLUME I**

CARLTON FIELDS, P.A.
One Harbour Place
777 S. Harbour Island Blvd.
Tampa, FL 33602-5730
Telephone: (813) 223-7000
Facsimile: (813) 229-4133

CHRIS S. COUTROULIS
Florida Bar No. 300705
ROBERT L. CIOTTI
Florida Bar No. 333141

and

STEVEN J. BRODIE
Florida Bar No. 333069
JEFFREY MICHAEL COHEN
Florida Bar No. 091495
CARLTON FIELDS, P.A.
4000 Bank of America Tower
100 SE Second Street
Miami, FL 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

NIGHT BOX FILED
DEC - 5 2003
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 02-14008-CIV-MIDDLEBROOKS

IN RE NITRO LEISURE PRODUCTS, L.L.C.
_____/

NIGHT BOX FILED
DEC - 5 2003
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## APPENDIX TO
## ACUSHNET COMPANY'S REPLY BRIEF
## IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

### VOLUME II

CARLTON FIELDS, P.A.
One Harbour Place
777 S. Harbour Island Blvd.
Tampa, FL 33602-5730
Telephone: (813) 223-7000
Facsimile: (813) 229-4133

CHRIS S. COUTROULIS
Florida Bar No. 300705
ROBERT L. CIOTTI
Florida Bar No. 333141

and
STEVEN J. BRODIE
Florida Bar No. 333069
JEFFREY MICHAEL COHEN
Florida Bar No. 091495
CARLTON FIELDS, P.A.
4000 Bank of America Tower
100 SE Second Street
Miami, FL 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE