PAID $15.00

in Forma Pauperis

$94645

Clarence Maddox, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 02-14008-CIV-MIDDLEBROOKS

_____

IN RE:  NITRO LEISURE PRODUCTS, L.L.C.

_____   _____ /

## UNOPPOSED MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Sylvia H. Walbolt, of the law firm Carlton Fields, P.A., One Progress Plaza, 200 Central Avenue, St. Petersburg, Florida 33701, (727) 821-7000, for purposes of appearing as counsel on behalf of Acushnet, Inc. herein, in the above-styled case only.   Mrs. Walbolt is appellate counsel for Acushnet and, as such, is providing trial support to Acushnet in this case.  Plaintiff's counsel does not oppose the granting of this motion.

Sylvia H. Walbolt certifies herewith that she has studied the Local Rules of this Court and is a member in good standing of the Bar of the State of Florida, the United States District Court for the Middle District of Florida, the United States Circuit Court for the Federal Circuit and the United States Supreme Court.  Attached hereto is a certificate of good standing from The Florida Bar.

In further support of this motion, it is hereby designated that Steven J. Brodie is a member of the bar of this Court and maintains an office in this District for the practice of law at 4000 International Place, 100 S.E. Second Street, Miami, Florida 33131, (305) 539-7304.  He is

STP#564594.1

a person to whom the Court and counsel may readily communicate and upon whom papers may

be served.  There is no need for counsel to serve papers filed in the trial court upon Mrs. Walbolt

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: Jan 9, 2004

Steven J. Brodie
Florida Bar No. 333069
Carlton Fields, P.A.
4000 International Place
100 S.E.Second Street
Miami, Florida 33131
Telephone:  (305) 530-0500
Facsimile:  (305) 530-0055

Executed under penalty of perjury on the 9 day of Jan. in St. Petersburg, Florida.

Respectfully submitted,

By: Sylvia H. Walbolt
Sylvia H. Walbolt
Florida Bar Number 033604
CARLTON FIELDS, P.A.
One Progress Plaza
200 Central Avenue, Suite 2300
St. Petersburg, Florida 33701-4352
Telephone:  (727) 821-7000
Facsimile:  (727) 822-3768

STP#504594 1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided by facsimile and U S. mail this ____ day of January, 2004 to:

Gary S. Betensky
Richman Greer Weil Brumbaugh Mirabito & Christensen, P.A
One Clearlake Centre - Suite 1504
250 Australian Avenue, South
West Palm Beach, FL  33401

Mark W. Yocca
Yocca Patch & Yocca LLP
*Attorneys for Nitro*
19900 Mac Arthur Boulevard
Suite 650
Irvine, CA  92612

Attorney



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FLORIDA 32399-2300**

850/561-5600
WWW.FLABAR.ORG

State of Florida            )

County of Leon            )

In Re:      33604
Sylvia H. Walbolt
Carlton, Fields, P.A.
P.O. Box 2861
St. Petersburg, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on June 12, 1964.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this _8th_ day of January, 2004.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ci:th8jcjb:R10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-14088-CIV-MIDDLEBROOKS

IN RE:  NITRO LEISURE PRODUCTS, L.L.C.

_____ /

## ORDER GRANTING UNOPPOSED MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the application of Sylvia H. Walbolt, counsel

for Acushnet, Inc., for permission to appear and participate pro hac vice in the above-styled case.

Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that this motion be, and the same is hereby,

GRANTED.

DONE and ORDERED in chambers at the United States District Courthouse, Miami,

Florida, this _____ day of _____, 2003.

_____
U.S. District Judge
Southern District of Florida

Cc:     Counsel of Record

STP#564594.1