UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:02-14008-CIV-MIDDLEBROOKS



IN RE: NITRO LEISURE PRODUCTS, LLC,

_____/

## NOTICE OF FILING DECLARATION

Nitro Leisure Products, LLC, through its undersigned attorneys, hereby files the Declaration of Paul Kim in support of its Motion in Limine No. 1 to Exclude Testimony and Report of Acushnet's Survey Expert, Kenneth Hollander.

YOCCA PATCH & YOCCA LLP

By: _____
Mark W. Yocca
California State Bar No. 137189
Ryan M. Patch
California State Bar No. 128042
19900 MacArthur Boulevard, Suite 650
Irvine, California 92612
Telephone:  (949) 253-0800
Facsimile:   (949) 253-0870

**RICHMAN GREER WEIL BRUMBAUGH MIRABITO & CHRISTENSEN, P.A.**
Gerald F. Richman
Florida Bar No. 066457
One Clearlake Centre - Suite 1504
250 Australian Avenue, South
West Palm Beach, FL 33401
Tel: (561) 803-3500
Fax: (561) 820-1608
*Attorneys for Nitro Leisure Products, LLC*

Nitro\Acushnet\Pleadings\#1- Mtn Lim.No 1. Exclude Hollander Ntc.Filing PK Decl.wpd

