# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 02-14008-CIV-MIDDLEBROOKS/LYNCH

IN RE:  NITRO LEISURE PRODUCTS, LLC

_____/

## NITRO LEISURE PRODUCTS, LLC'S MOTION IN LIMINE NO. 2 TO EXCLUDE TESTIMONY RELATING TO CERTAIN COMPARATIVE GOLF BALL TESTING AND SUPPORTING MEMORANDUM OF LAW

Plaintiff Nitro Leisure Products, LLC ("Nitro"), by and through undersigned counsel, will and hereby does move The United States District Court for the Southern District of Florida, The Honorable Donald M. Middlebrooks District Court Judge Presiding, for an Order to exclude portions of two expert reports offered by Acushnet Company that relate to a comparative golf ball test between Titleist and Callaway golf balls and the expert opinions and testimony of Mr. Morgan and Dr. Smits relating to that test.  The Motion is brought on the grounds that after denying Nitro discovery on such testing because of relevance, it would be manifestly unfair to now allow Acushnet's expert witnesses to opine and provide testimony on such a test.  Moreover, the Court should exclude the Titleist/Callaway test from evidence —and expert testimony developed from it—because Acushnet did not produce it during discovery, despite Nitro's specific requests for documents relating to any testing data of Acushnet golf balls.



Dated: January ___, 2004

**YOCCA PATCH & YOCCA LLP**

By: _____
Mark W. Yocca
California State Bar No. 137189
Ryan M. Patch
California State Bar No. 128042
Aaron A. Bartz
California State Bar No. 198722
19900 MacArthur Boulevard, Suite 650
Irvine, California 92612
Telephone:   (949) 253-0800
Facsimile:   (949) 253-0870

**RICHMAN GREER WEIL BRUMBAUGH
MIRABITO & CHRISTENSEN, P.A.**
Gerald F. Richman
Florida Bar No. 066457
Gary S. Betensky
Florida Bar No. 434302
Donall O'Carroll
Florida Bar No. 107816
One Clearlake Centre - Suite 1504
250 Australian Avenue, South
West Palm Beach, FL 33401
Tel: (561) 803-3500
Fax: (561) 820-1608

*Attorneys for Nitro Leisure Products, LLC*