UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-14008-CIV-MIDDLEBROOKS/LYNCH

IN RE: NITRO LEISURE PRODUCTS, LLC
_____/

### PLAINTIFF NITRO'S MOTION IN LIMINE NO. 3 TO EXCLUDE TESTIMONY AND REPORT OF ACUSHNET'S SURVEY EXPERT, CHARLES COWAN

Plaintiff Nitro Leisure Products, LLC ("Nitro"), by and through undersigned counsel, will and hereby does move The United States District Court for the Southern District of Florida, The Honorable Donald M. Middlebrooks District Court Judge Presiding, for an Order to strike under the Federal Rules of Evidence and *Daubert*, Acushnet's offer of a telephone survey conducted by Charles Cowan in support of its trademark claim. This motion is brought on the grounds that Mr. Cowan's telephone survey is misleading, elicits irrelevant information, and does not support his opinion.

Indeed, even Cowan himself admitted that he was unaware of a survey like the one he conducted here ever being used in a trademark case.

Dated: January 8, 2004

YOCCA PATCH & YOCCA LLP

By: /s/ Mark W. Yocca
Mark W. Yocca
California State Bar No. 137189
Ryan M. Patch
California State Bar No. 128042
19900 MacArthur Boulevard, Suite 650
Irvine, California 92612
Telephone: (949) 253-0800
Facsimile: (949) 253-0870

**RICHMAN GREER WEIL BRUMBAUGH MIRABITO & CHRISTENSEN, P.A.**
Gerald F. Richman
Florida Bar No. 066457
Gary S. Betensky
Florida Bar No. 434302
Donall O'Carroll
Florida Bar No. 107816
One Clearlake Centre - Suite 1504
250 Australian Avenue, South
West Palm Beach, FL 33401
Tel: (561) 803-3500
Fax: (561) 820-1608

*Attorneys for Nitro Leisure Products, LLC*

## IV. CONCLUSION

For the foregoing reasons, Nitro respectfully requests that the Court exclude the testimony and report of Charles Cowan as they relate to Cowan's telephone survey.

Dated: January 8, 2004       **YOCCA PATCH & YOCCA LLP**

By: _/s/ Mark W. Yocca_
Mark W. Yocca
California State Bar No. 137189
Ryan M. Patch
California State Bar No. 128042
19900 MacArthur Boulevard, Suite 650
Irvine, California 92612
Telephone:  (949) 253-0800
Facsimile:  (949) 253-0870

**RICHMAN GREER WEIL BRUMBAUGH MIRABITO & CHRISTENSEN, P.A.**
Gerald F. Richman
Florida Bar No. 066457
Gary S. Betensky
Florida Bar No. 434302
Donall O'Carroll
Florida Bar No. 107816
One Clearlake Centre - Suite 1504
250 Australian Avenue, South
West Palm Beach, FL 33401
Tel: (561) 803-3500
Fax: (561) 820-1608

*Attorneys for Nitro Leisure Products, LLC*

WDC99 853411-1.051998.0073

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served this 8th day of January 2004 by U.S. Mail and Facsimile upon the following:

Chris S. Coutroulis, Esq.
CARLTON FIELDS, P.A.
777 S. Harbour Island Boulevard
Tampa, Florida 33602-5730
ccoutroulis@carltonfields.com
Facsimile 813-229-4133

MARK W. YOCCA